UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MICHAEL WATTS,

                  Plaintiff,                    **MEMORANDUM & ORDER**
                                                     24-CV-07718 (NRM) (ARL)

                  -v-

THE STATE OF NEW YORK *et. al.*,

                  Defendants.
-------------------------------------------------------------------x
**NINA R. MORRISON**, United States District Judge.

Plaintiff Michael Watts brings this *pro se* action under 42 U.S.C. § 1983 against the State of New York, Elmont 5th Precinct, and two police detectives, identified as John Doe #1 and John Doe #2. ECF No. 1. Plaintiff's request to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915, ECF No. 2, is granted.

Plaintiff asserts that, at approximately 2:00 PM on October 22, 2023, in a parking lot at the Green Acres Mall, he was arrested, and his car was searched by John Doe #2. ECF No.1 at 5. Plaintiff claims that, while they waited for a tow truck, John Doe #2 moved Plaintiff's car from the parking space to the front of the parking lot where he searched the car again. *Id.* After a tow truck came for his car, Plaintiff was taken to the 5th Precinct and was "strip frisked by John Doe #1 and was put in a cell until [approximately] 11:00 p.m. when [he] was release[d] on a D.A.T." *Id.* Plaintiff was arraigned on December 18, 2023, and, on July 12, 2024, the charges were dismissed. *Id.* at 9. Plaintiff claims that his car was never returned. *Id.* at 5. He seeks compensatory and punitive damages. *Id.* at 6.

1

The Clerk of Court is directed to issue a summons against the named Defendants: the State of New York and Elmont 5th Precinct, and the United States Marshals Service is directed to serve the summons, complaint, and this Order upon them without prepayment of fees.

Plaintiff also names two police officers identified as "John Doe #1" and "John Doe #2." Pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), the Court requests that Corporation Counsel for the City of New York attempt to ascertain the full names and service addresses of the "John Doe" police detectives who were involved in the incident on October 22, 2023 in the parking lot at the Green Acres Mall and at the 5th Precinct in Elmont, New York. Corporation Counsel need not undertake to defend or indemnify these individuals at this juncture. This Order merely provides a means by which Plaintiff may name and properly serve the Defendants as instructed by the Second Circuit in *Valentin*.

ORDERED that the Corporation Counsel of the City of New York is hereby requested to produce the information specified above regarding the identity of the Defendants and the addresses where they can be served to the Court within forty-five (45) days from the date of this Order. Once this information is provided, Plaintiff's complaint shall be deemed amended to reflect the full names of the John Doe Defendants, the Clerk of Court shall prepare a summons for those Defendants, and the United States Marshals Service shall serve the summons upon those Defendants without prepayment of fees.

2

The Clerk of Court is directed to send a courtesy copy of the summons, complaint and this Order to the Corporation Counsel for the City of New York, Special Federal Litigation Division.  Additionally, the Clerk of Court is directed to mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

Dated: July 20, 2026
      Brooklyn, New York

                                               */s/ Nina R. Morrison*
                                               NINA R. MORRISON
                                               United States District Judge